**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | *L.O.F., Inc.* |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | *DBA  L.O.F., INC. DBA RED HOUND AUTO*<br>*DBA  L.O.F., INC. DBA TRUCKCHAMP*<br>*DBA  L.O.F., INC. DBA FASTLANEUSA*<br>*DBA  L.O.F., INC. DBA POLAR WHALE*<br>*DBA  L.O.F., INC. DBA STORECHAMPION*<br>*DBA  L.O.F., INC. DBA VIEW CHAMP*<br>*DBA  L.O.F., INC. DBA WEHAVEITAUTO*<br>*DBA  L.O.F., INC. DBA BESTINAUTO*<br>*DBA  L.O.F., INC. DBA CONGOWORLDAUTO*<br>*DBA  L.O.F., INC. DBA HITCH.SUPERSTORE*<br>*DBA  L.O.F., INC. DBA MEGA.JEEP*<br>*DBA  L.O.F., INC. DBA FLOOR.GUARD*<br>*DBA  L.O.F., INC. DBA STRONG FAST PARTS*<br>*DBA  L.O.F., INC. DBA SMARTCHAMP*<br>*DBA  L.O.F., INC. DBA YOUR PERFORMANCE EXPERTS*<br>*DBA  L.O.F., INC. DBA I LOVE MY TRUCK*<br>*DBA  L.O.F., INC. DBA I LOVE TRUCKS*<br>*DBA  L.O.F., INC. DBA ILOVEMYTRUCK.COM*<br>*DBA  L.O.F., INC. DBA WELOVEYOURTRUCK*<br>*DBA  L.O.F., INC. DBA LEGROOM AUTO*<br>*DBA  L.O.F., INC. DBA SPEEDY TRUCK*<br>*DBA  LOF WHOLESALE, INC.*<br>*DBA  L.O.F., INC. DBA DECO GABLES DESIGNS* |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | *35-1172288* |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>*11924 Forest Hill Boulevard Suite 10A #163*<br>*Wellington, FL 33414*<br>Number, Street, City, State & ZIP Code<br><br>*Palm Beach*<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>*1739 Cassopolis Street Elkhart, IN 46514*<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | *LOFINC.NET* |

Debtor   **_L.O.F., Inc._**                                                    Case number (*if known*) _____

Name

6.   **Type of debtor**        ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **_L.O.F., Inc._**                                                        Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _4412_

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

---

Debtor    **_L.O.F., Inc._**                                                Case number (*if known*) _____
          Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **_L.O.F., Inc._**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | *L.O.F., Inc.* | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *April  8, 2024*
MM / DD / YYYY

X */s/ Laszlo Kovach*                                   *Laszlo Kovach*
Signature of authorized representative of debtor        Printed name

Title    *President*

**18. Signature of attorney**

X */s/ Craig I. Kelley*                    Date *April  8, 2024*
Signature of attorney for debtor                MM / DD / YYYY

*Craig I. Kelley 782203*
Printed name

*Kelley Kaplan & Eller, PLLC*
Firm name

*1665 Palm Beach Lakes Blvd*
*The Forum - Suite 1000*
*West Palm Beach, FL 33401*
Number, Street, City, State & ZIP Code

Contact phone    *561-491-1200*        Email address    *craig@kelleylawoffice.com*

*782203 FL*
Bar number and State

**Fill in this information to identify the case:**

Debtor name    *L.O.F., Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *April  8, 2024*              X */s/ Laszlo Kovach*
                                            Signature of individual signing on behalf of debtor

                                            *Laszlo Kovach*
                                            Printed name

                                            *President*
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | *L.O.F., Inc.* |
| United States Bankruptcy Court for the: | *SOUTHERN DISTRICT OF FLORIDA* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *ALLY FINANCIAL PO BOX 8110 Cockeysville, MD 21030* | | *2022 Mazda CX-5 VIN: JM3KFBCM6N0637958* | *Contingent Unliquidated Disputed* | *$29,062.94* | *$18,365.00* | *$10,697.94* |
| *Andras Kovach 11924 West Forest Hill Boulevard Suite 10A #163 Wellington, FL 33414* | | *Shareholder Loan* | | | | *$176,000.00* |
| *Attila Kovach 11924 West Forest Hill Boulevard Suite 10A #163 Wellington, FL 33414* | | *Shareholder Loan* | | | | *$1,539,000.00* |
| *Bank of America 135 South LaSalle Street Chicago, IL 60603* | | *Financing for Oracle NetSuite SuiteSuccess* | | *Unknown* | *$0.00* | *Unknown* |
| *BBB Of Northern Indiana 4011 PARNELL AVE. Fort Wayne, IN 46805* | | | *Contingent Unliquidated Disputed* | | | *$600.00* |
| *Bluevine Capital, Inc 401 Warren St #300 Redwood City, CA 94063* | | *All business assets* | | *$128,814.22* | *$0.00* | *$128,814.22* |
| *Crowe LLP 330 East Jefferson Blvd South Bend, IN 46601* | | | *Contingent Unliquidated Disputed* | | | *$1,000.00* |

| Debtor | _L.O.F., Inc._ | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Culligan 56861 Ferrettie Court Mishawaka, IN 46545* | | | *Contingent Unliquidated Disputed* | | | *$173.86* |
| *David Rae Development, LLC 151 Holiday Place Franklin, IN 46131* | | | *Contingent Unliquidated Disputed* | | | *$1,422.05* |
| *Dimension Funding, LLC 6 Hughes, Suite 220 Irvine, CA 92618* | | *Bagging Machines/Lift/Plotter CNC and Air Compressor CNC BEL-O-VAC Thermoformer Compressor* | *Contingent Unliquidated Disputed* | *$6,300.00* | *Unknown* | *$6,300.00* |
| *Doug Brown Packaging Products, Inc. 1850 Larchwood Drive Troy, MI 48083* | | | *Contingent Unliquidated Disputed* | | | *$3,228.20* |
| *Ess Aar Automotive Pvt. Ltd. - Lotus C-169, Naraina Industrial Area, Phase-1 New Delhi 110028 India* | | | *Contingent Unliquidated Disputed* | | | *$204,682.76* |
| *GUANG WU INTERLINK (GUANGZHOU) CO., LTD. d/b/a Rodrock RM2301-2304,NO1 LINHE WEST ROAD TIANHE DISTRICT GUANGZHOU CHINA* | | *The Debtor disputes any amount is owed.* | *Contingent Unliquidated Disputed* | | | *$168,434.80* |
| *HUSCH BLACKWELL LLP 190 Carondelet Plaza, Suite 600 Saint Louis, MO 63105* | | | *Contingent Unliquidated Disputed* | | | *$4,368.00* |
| *JBS Properties, LLC 18549 Auten Road South Bend, IN 46637* | | | *Contingent Unliquidated Disputed* | | | *$4,147.50* |

Debtor   **L.O.F., Inc.**                                             Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Laszlo 11924 West Forest Hill Boulevard Suite 10A #163 Wellington, FL 33414** | | **Shareholder Loan** | | | | **$757,000.00** |
| **Morrison Ind Equipment PO Box 1803 Grand Rapids, MI 49501** | | | **Contingent Unliquidated Disputed** | | | **$2,442.73** |
| **Ondeck Capital, LLC 1400 Broadway New York, NY 10018** | | **All Business Assets** | | **$145,537.00** | **$0.00** | **$145,537.00** |
| **U.S. Small Business Administration Office of Disaster Assistance 14925 Kingsport Road Fort Worth, TX 76155** | | **All business assets** | **Contingent Unliquidated Disputed** | **$150,000.00** | **$0.00** | **$150,000.00** |
| **Venable LLP 600 Massachusetts Avenue, NW Washington, DC 20001** | | | **Contingent Unliquidated Disputed** | | | **$4,341.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name     **_L.O.F., Inc._**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   **_Schedule A/B: Assets-Real and Personal Property_** (Official Form 206A/B)

     **1a. Real property:**
          Copy line 88 from *Schedule A/B*...........................................................................................    $        **0.00**

     **1b. Total personal property:**
          Copy line 91A from *Schedule A/B*......................................................................................    $      **1,198,800.03**

     **1c. Total of all property:**
          Copy line 92 from *Schedule A/B*........................................................................................    $      **1,198,800.03**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   **_Schedule D: Creditors Who Have Claims Secured by Property_** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **5,393,134.21**

3.   **_Schedule E/F: Creditors Who Have Unsecured Claims_** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
          Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
          Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **2,866,840.90**

4.   **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b            $      **8,259,975.11**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   *L.O.F., Inc.*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *Old National Bank* | *Checking* | *2089* | *$67,611.34* |
| 3.2. | *Old National Bank* | *Checking* | *2102* | *$1,119.51* |
| 3.3. | *Old National Bank* | *Checking* | *6087* | *$276.09* |
| 3.4. | *Old National Bank* | *Checking* | *2078* | *$330.06* |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    *$69,337.00*

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor   **_L.O.F., Inc._**                                    Case number *(If known)* _____
         Name

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.   *Deposits on Import Purchases*                                          **$11,634.00**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                    | **$11,634.00** |
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:      **216,760.59**    -    **0.00**    = ....    **$216,760.59**
                                      face amount              doubtful or uncollectible accounts

       11b. Over 90 days old:         **30,262.45**     -    **0.00**    = ....    **$30,262.45**
                                      face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | **$247,023.04** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** *Inventory - Retail Sales* | | *Unknown* | *Liquidation* | **$296,663.70** |
| *Inventory - Manufacturing* | | *Unknown* | *Liquidation* | **$19,172.63** |

Debtor    **_L.O.F., Inc._**                                    Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| **_Inventory - Packaging_** | | *Unknown* | _Liquidation_ | **$7,497.03** |
| **_Inventory - Samples_** | | *$0.00* | _Liquidation_ | **$6,804.41** |
| **_Inventory - Miscellaneous_** | | *Unknown* | _Liquidation_ | **$10,675.50** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

      Add lines 19 through 22.  Copy the total to line 84.

| |
|---|
| **$340,813.27** |

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **_2022 Mazda CX-5_**<br>**_VIN: JM3KFBCM6N0637958_** | *$0.00* | | **$18,365.00** |
| 47.2.  **_2006 NNC Trailer_**<br>**_VIN: 4NM091016VRW10020_** | *$0.00* | | *$0.00* |

Debtor  **_L.O.F., Inc._**                                          Case number *(If known)* _____
         Name

| 47.3. | **_2017 Ford Eco350_** | | |
|---|---|---|---|
| | **_VIN: 1FDWE3FS7HDC71658_** | **_$0.00_** | **$15,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | **_See attached._** | **_Unknown_** | **_Liquidation_** | **$494,860.00** |
|---|---|---|---|---|

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$528,225.00** |
|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **_Various Patents, Copyrights, and Trademarks Spreadsheet._** | **_Unknown_** | **_Liquidation_** | **_Unknown_** |
| 61.    **Internet domain names and websites** **_www.redhoundauto.com_** **_www.bestinauto.com_** **_www.smartchamp.com_** **_www.polarwhale.com_** **_www.strongfastparts.com_** **_www.lofinc.net_** | **_Unknown_** | **_Liquidation_** | **_Unknown_** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

Debtor     **_L.O.F., Inc._**                                          Case number *(If known)* _____
            Name

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                          | $0.00
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:     All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                                     **Current value of
                                                                                     debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit
        has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership
        ***Accounts Receivable Clearing  (Returns and pending
        account receivable)***                                                                    $1,767.72

78.     **Total of Part 11.**                                                            | $1,767.72
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **_L.O.F., Inc._**                                      Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$69,337.00* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$11,634.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$247,023.04* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$340,813.27* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$0.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$0.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$528,225.00* | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................................> | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$1,767.72* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$1,198,800.03* | + 91b. *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$1,198,800.03* |

Quantity
1
1
1
1
1


1
1
1
1
1
1
1
1
1
1
1
1
1
4
1
2
2
1
1
20
8
3
1
2


1
1
1

1

1

1

1

1

1

1
1
1
1
1

1

DESCRIPTION

(2020) AXYZ CNC ROUTER, MODEL INFINITE 808 ATC, SERIAL NUMBER 7141-7031

(2020) AXYZ CNC ROUTER, MODEL INFINITE 808 ATC, SERIAL NUMBER 7311-7201

(2021) AXYZ CNC ROUTER, MODEL INFINITE 808 ATC, SERIAL NUMBER MC17626-7515

(2021) AXYZ CNC ROUTER, MODEL INFINITE 808 ATC, SERIAL NUMBER MC17626-7516

(2018) AXYZ CNC ROUTER, MODEL 8014 ATC, SERIAL NUMBER 6682-6572

(2020)  OMAX WATERJET,

MODEL MAXIUM 2080,

 SERIAL NUMBER M20805010

INGERSOLL RAND AIR COMPRESSOR WITH AIR DRYER, MODEL RS22NE-A145, SERIAL NUMBER CBV782005

INGERSOLL RAND AIR COMPRESSOR WITH AIR DRYER, MODEL R7.5N-A145, SERIAL NUMBER CBV679097

INGERSOLL RAND AIR COMPRESSOR, MODEL 2545, SERIAL NUMBER NAR1032=62044

IVISION DUST COLLECTOR, MODEL FLAT IV3-4.8-42-226, SERIAL NUMBER I-0406/2021

IVISION DUST COLLECTOR, MODEL FLAT IV3-4.8-42-226, SERIAL NUMBER I-0407/2021

DONALDSON TORIT DUST COLLECTOR, MODEL 260, SERIAL NUMBER 15365429-L1-1

DONALDSON TORIT DUST COLLECTOR, MODEL 260, SERIAL NUMBER 15365429-L1-2

JET DUST COLLECTOR, MODEL JCDC-3, SERIAL NUMBER 20063550

JET DUST COLLECTOR, MODEL JCDC-3, SERIAL NUMBER 20083721

TOYOTA FORKLIFT, MODEL 7FGU25, SERIAL NUMBER 64231

LOT APPROXIMATELY 295 SECTIONS OF PALLET SHELVING

LOT ASSORTED TRANSPORT CARTS

MAXX AIR FANS

AUTOMATED PACKAGING AUTOBAG 550 BAGGER

AUTOMATED PACKAGING AUTOBAG PS125 ONE STEP BAGGERS

BETTER PACKAGES TAPERS

TROY BILT SNOW BLOWER, SQUALL 21

ULINE LP7510A INDUSTRIAL FLOOR SCALE

LOCKERS

DOCK PLATES

GRAPHTEC PLOTTERS, MODEL FC8600

HEWLETT PACKARD LATEX PRINTER

ZEBRA 110X14 THERMAL BAR CODE LABEL PRINTERS

LOT OFFICES TO INCLUDE: DESKS, CHAIRS, FILES, CABINETS,

CONFERENCE ROOM EQUIPMENT,

TCL TELEVISION,

MISCELLANEOUS FURNITURE THROUGHOUT

OFFICES

LOT COMPUTER HARDWARE

LOT KEYENCE BAR CODE READERS

LOT BANDERS, STOCK LADDERS, WAREHOUSE

EQUIPMENT, ETC.

NISSAN FORKLIFT,

MODEL MCP1F1A15BX,

LINDE FORKLIFT,
MODEL E20S,
SERIAL NUMBER A11346J00100/2018
CATERPILLAR FORKLIFT,
MODEL 2C5000,
SERIAL NUMBER AT9042440
BIG JOE LIFT,
MODEL J1-165,
SERIAL NUMBER 226110082
BIG JOE LIFT,
MODEL J1-192,
SERIAL NUMBER 2301600523
BIG JOE PALLET JACK,
MODEL E-30,
SERIAL NUMBER 4301610466
1 VAC-PACK VPF-57-AC LIFTER
GORBEL 1000# HOIST SYSTEM
HOT MELT TECHNOLOGIES BM215
TAIWAN RF-19V DRILLING MACHINE
LOT TO INCLUDE:
HAND & POWER TOOLS, AND MISCELLANEOUS
MINOR EQUIPMENT THROUGHOUT

TOTAL

Low Auction Value

| | |
|---|---:|
| $ | 55,000.00 |
| $ | 55,000.00 |
| $ | 60,000.00 |
| $ | 60,000.00 |
| $ | 30,000.00 |
| | |
| $ | 95,000.00 |
| $ | 8,000.00 |
| $ | 5,500.00 |
| $ | 1,000.00 |
| $ | 1,000.00 |
| $ | 1,000.00 |
| $ | 1,000.00 |
| $ | 1,000.00 |
| $ | 500.00 |
| $ | 500.00 |
| $ | 4,500.00 |
| $ | 15,000.00 |
| $ | 150.00 |
| $ | 175.00 |
| $ | 7,000.00 |
| $ | 6,100.00 |
| $ | 600.00 |
| $ | 75.00 |
| $ | 35.00 |
| $ | 500.00 |
| $ | 800.00 |
| $ | 5,000.00 |
| $ | 500.00 |
| $ | 275.00 |
| | |
| $ | 3,000.00 |
| $ | 6,500.00 |
| $ | 3,500.00 |
| | |
| $ | 2,000.00 |
| | |
| $ | 4,000.00 |

| | |
|---|---:|
| $ | 20,000.00 |
| $ | 8,000.00 |
| $ | 8,500.00 |
| $ | 14,000.00 |
| $ | 1,550.00 |
| $ | 1,400.00 |
| $ | 4,500.00 |
| $ | 200.00 |
| $ | 500.00 |
| $ | 2,000.00 |
| $ | 494,860.00 |

**Fill in this information to identify the case:**

Debtor name _____ **_L.O.F., Inc._**

United States Bankruptcy Court for the: _____ SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1**  **_ALLY FINANCIAL_**

Creditor's Name

**_PO BOX 8110_**
**_Cockeysville, MD 21030_**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**_2022 Mazda CX-5_**
**_VIN: JM3KFBCM6N0637958_**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**$29,062.94** | **$18,365.00**

**2.2**  **_Bank of America_**

Creditor's Name

**_135 South LaSalle Street_**
**_Chicago, IL 60603_**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**_Financing for Oracle NetSuite SuiteSuccess_**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Unknown** | **$0.00**

| Debtor | **L.O.F., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Bluevine Capital, Inc** | | Describe debtor's property that is subject to a lien | $128,814.22 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **All business assets** | | |

**401 Warren St #300**
**Redwood City, CA 94063**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5717**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **CIT Bank** | Describe debtor's property that is subject to a lien | $64,910.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Forklift** | | |

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

**Describe the lien**
**Equipment loan**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.5 | **CIT Bank** | Describe debtor's property that is subject to a lien | $40,966.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **CNC Machine Infinite 8018** | | |

**155 Commerce Way**
**Portsmouth, NH 03801**
Creditor's mailing address

**Describe the lien**
**Equipment loan**

**Is the creditor an insider or related party?**
- ■ No

---

Debtor    **L.O.F., Inc.**                                      Case number (if known)
              Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
*July 2018*
**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Dimension Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$6,300.00** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

*Bagging Machines/Lift/Plotter*
*CNC and Air Compressor*
*CNC BEL-O-VAC Thermoformer*
*Compressor*

**6 Hughes, Suite 220**
**Irvine, CA 92618**

Creditor's mailing address

**Describe the lien**
*Equipment loan*

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
*July 2018*
**Last 4 digits of account number**
*SK18*

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **Manufacturing Financing Services** | **Describe debtor's property that is subject to a lien** | **$80,818.00** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

*Water Jet*

**10370 Slusher Drive**
**Suite 10**
**Santa Fe Springs, CA**
**90670**

Creditor's mailing address

**Describe the lien**
*Equipment loan*

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
*September 2020*
**Last 4 digits of account number**
*0500*

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

Debtor **L.O.F., Inc.**
Name

Case number (if known) _____

---

| 2.8 | **Manufacturing Financing Services** | Describe debtor's property that is subject to a lien | $179,804.00 | Unknown |

Creditor's Name

**10370 Slusher Drive Suite 10 Santa Fe Springs, CA 90670**
Creditor's mailing address

**2 CNC Routers and Other Equipment**

**Describe the lien**
**Equipment loan**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 2020**
**Last 4 digits of account number**
**1940**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Manufacturing Financing Services** | Describe debtor's property that is subject to a lien | $149,202.00 | Unknown |

Creditor's Name

**10370 Slusher Drive Suite 10 Santa Fe Springs, CA 90670**
Creditor's mailing address

**CNC Machine**

**Describe the lien**
**Equipment loan**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 2021**
**Last 4 digits of account number**
**0480**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Old National Bank** | Describe debtor's property that is subject to a lien | $1,468,375.05 | $0.00 |

Creditor's Name

**P.O. Box 3728 Evansville, IN 47736**
Creditor's mailing address

**All Business Assets**

**Describe the lien**
**Promissory Note**

Is the creditor an insider or related party?

■ No

---

Debtor  **L.O.F., Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** **2941** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Old National Bank** | **Describe debtor's property that is subject to a lien** | $2,949,345.00 | *Unknown* |
|---|---|---|---|---|
| | Creditor's Name | **All Business Assets** | | |

**P.O. Box 3728**
**Evansville, IN 47736**
_____
Creditor's mailing address

**Describe the lien**
*Line of Credit*

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4221**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated
■ Disputed

---

| 2.1 2 | **Ondeck Capital, LLC** | **Describe debtor's property that is subject to a lien** | $145,537.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Business Assets** | | |

**1400 Broadway**
**New York, NY 10018**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| Debtor | *L.O.F., Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.13 | *U.S. Small Business Administration* | **Describe debtor's property that is subject to a lien** | $150,000.00 | $0.00 |
| | Creditor's Name | *All business assets* | | |
| | *Office of Disaster Assistance* | | | |
| | *14925 Kingsport Road* | | | |
| | *Fort Worth, TX 76155* | **Describe the lien** | | |
| | Creditor's mailing address | | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,393,134.21 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| *AXYZ Ohio Valley Region*<br>*2844 East Kemper Road*<br>*Cincinnati, OH 45241* | Line  *2.8* | |
| *AXYZ Ohio Valley Region Inc*<br>*2844 East Kemper Road*<br>*Cincinnati, OH 45241* | Line  *2.9* | |
| *OMAX Corporation*<br>*21409 72nd Avenue South*<br>*Kent, WA 98032* | Line  *2.7* | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><em><strong>L.O.F., Inc.</strong></em></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim *$0.00* | Priority amount *$0.00* |
|---|---|---|---|
| *Internal Revenue Service* <br> *Central Insolvency Operation* <br> *P.O. Box 7346* <br> *Philadelphia, PA 19101-7346* | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: <br> *Notice Only* | | |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim *$176,000.00* |
|---|---|---|
| *Andras Kovach* <br> *11924 West Forest Hill Boulevard* <br> *Suite 10A #163* <br> *Wellington, FL 33414* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim:   *Shareholder Loan* <br> Is the claim subject to offset? ☑ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim *$1,539,000.00* |
|---|---|---|
| *Attila Kovach* <br> *11924 West Forest Hill Boulevard* <br> *Suite 10A #163* <br> *Wellington, FL 33414* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | Basis for the claim:   *Shareholder Loan* <br> Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor  **L.O.F., Inc.**                                          Case number *(if known)* _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |

**BBB Of Northern Indiana**
**4011 PARNELL AVE.**
**Fort Wayne, IN 46805**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Crowe LLP**
**330 East Jefferson Blvd**
**South Bend, IN 46601**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.86** |

**Culligan**
**56861 Ferrettie Court**
**Mishawaka, IN 46545**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,422.05** |

**David Rae Development, LLC**
**151 Holiday Place**
**Franklin, IN 46131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,228.20** |

**Doug Brown Packaging Products, Inc.**
**1850 Larchwood Drive**
**Troy, MI 48083**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204,682.76** |

**Ess Aar Automotive Pvt. Ltd. - Lotus**
**C-169, Naraina Industrial Area, Phase-1**
**New Delhi 110028 India**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gardner, Linn, Burkhart & Ondersma LLP**
**2900 Charlevoix Drive SE**
**Suite 300**
**Grand Rapids, MI 49546**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *L.O.F., Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$168,434.80**

*GUANG WU INTERLINK (GUANGZHOU) CO., LTD.*
*d/b/a Rodrock*
*RM2301-2304,NO1 LINHE WEST ROAD*
*TIANHE DISTRICT*
*GUANGZHOU CHINA*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _The Debtor disputes any amount is owed._

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,368.00**

*HUSCH BLACKWELL LLP*
*190 Carondelet Plaza, Suite 600*
*Saint Louis, MO 63105*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,147.50**

*JBS Properties, LLC*
*18549 Auten Road*
*South Bend, IN 46637*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$757,000.00**

*Laszlo*
*11924 West Forest Hill Boulevard*
*Suite 10A #163*
*Wellington, FL 33414*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Shareholder Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

*Lotus - Essar Automotive*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,442.73**

*Morrison Ind Equipment*
*PO Box 1803*
*Grand Rapids, MI 49501*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,341.00**

*Venable LLP*
*600 Massachusetts Avenue, NW*
*Washington, DC 20001*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *L.O.F., Inc.* | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Internal Revenue Service*<br>*The Honorable Jeff Sessions*<br>*Atty General United States Dept Justice*<br>*Tenth & Constitution*<br>*Washington, DC 20530* | Line _**2.1**_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | *Internal Revenue Service*<br>*c/o IRS District Counsel*<br>*Claude Pepper Federal Bldg*<br>*51 S.W. 1st Ave., 11th Floor*<br>*Miami, FL 33130* | Line _**2.1**_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | *Internal Revenue Service*<br>*The Honorable Benjamin G. Greenberg*<br>*Acting US Attorney*<br>*99 NE 4th Street*<br>*Miami, FL 33132* | Line _**2.1**_<br><br>☐ Not listed. Explain ____ | _ |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | *0.00* |
| **5b. Total claims from Part 2** | 5b. + | $ | *2,866,840.90* |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | *2,866,840.90* |

**Fill in this information to identify the case:**

Debtor name    *L.O.F., Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | ***Lease for commercial premises*** |
| State the term remaining | |
| List the contract number of any government contract | **JBS Properties**<br>**18549 Auten Road**<br>**South Bend, IN 46637** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | ***Lease for business premises*** |
| State the term remaining | |
| List the contract number of any government contract | **T & M**<br>**11924 West Forest Hill Boulevard**<br>**Suite 10A #163**<br>**Wellington, FL 33414** |

**Fill in this information to identify the case:**

Debtor name **_L.O.F., Inc._**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **_L.O.F., Inc._**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **_From the beginning of the fiscal year to filing date:_**<br>From **_1/01/2024_** to **_Filing Date_** | ■ Operating a business<br>☐ Other _____ | **_$1,430,000.00_** |
| **_For prior year:_**<br>From **_1/01/2023_** to **_12/31/2023_** | ■ Operating a business<br>☐ Other _____ | **_$9,626,038.75_** |
| **_For year before that:_**<br>From **_1/01/2022_** to **_12/31/2022_** | ■ Operating a business<br>☐ Other _____ | **_$12,488,774.00_** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | *L.O.F., Inc.* | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **L.O.F., Inc.**                                              Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kelley Kaplan & Eller, PLLC**<br>**1665 Palm Beach Lakes Blvd**<br>**The Forum - Suite 1000**<br>**West Palm Beach, FL 33401** | *Attorney Fees* | *3/2024* | *$25,000.00* |
| | Email or website address<br>**dana@kelleylawoffice.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

Debtor    *L.O.F., Inc.*                                      Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *Nationwide* | EIN: _____ |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | *L.O.F., Inc.* | Case number *(if known)* | |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Debtor    *L.O.F., Inc.*                                                    Case number *(if known)*

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **RSM US LLP**<br>**P.O. Box 99**<br>**Elkhart, IN 46515** | *2019-current* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or basis) of each inventory |
|---|---|---|---|
| 27.1. | *David Strange* | *8/14/23* | *$829,105* |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | *International Appraisals  Inc*<br>*3905 Vincennes Road*<br>*Indianapolis, IN 46268* |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Andras Kovach* | *11924 West Forest Hill Boulevard*<br>*Suite 10A #163*<br>*Wellington, FL 33414* | *Vice President* | *20%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Laszlo Kovach* | *11924 West Forest Hill Boulevard*<br>*Wellington, FL 33414* | *Chief Executive Officer* | *50%* |

Debtor    *L.O.F., Inc.*                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Attila Kovach* | *11924 West Forest Hill Boulevard Suite 10A #163 Sarasota, FL 34242* | *Secretary* | *30%* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *Andras Kovach*<br>*11924 West Forest Hill Boulevard*<br>*Suite 10A #163*<br>*Wellington, FL 33414*<br><br>**Relationship to debtor**<br>*Vice-President* | *168,587.90* | *Total one year prior to filing* | *Full-time services to the Debtor.* |
| 30.2. | *Laszlo Kovach*<br>*11924 West Forest Hill Boulevard*<br>*Suite 10A #163*<br>*Wellington, FL 33414*<br><br>**Relationship to debtor**<br>*Chief Executive Officer* | *420,000.00* | *One year prior to filing* | *Full-time services provided to the Debtor.* |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **L.O.F., Inc.**                                          Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  8, 2024**

**/s/ Laszlo Kovach**                                    **Laszlo Kovach**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **L.O.F., Inc.** _____    Case No. _____

                                           Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andras Kovach**<br>**11924 West Forest Hill Boulevard**<br>**Suite 10A #163**<br>**Wellington, FL 33414** | **Common** | **20%** | |
| **Attila Kovach**<br>**11924 West Forest Hill Boulevard**<br>**Suite 10A #163**<br>**Wellington, FL 33414** | **Common** | **30%** | |
| **Laszlo Kovach**<br>**11924 West Forest Hill Boulevard**<br>**Suite 10A #163**<br>**Wellington, FL 33414** | **Common** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **April 8, 2024** _____        Signature    **/s/ Laszlo Kovach** _____

                                                                           **Laszlo Kovach**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re   _L.O.F., Inc._ _____  Case No. _____
                              Debtor(s)    Chapter  _11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  _April  8, 2024_____        _/s/ Laszlo Kovach_____
                                        _Laszlo Kovach_/_President_
                                        Signer/Title

```
ALLY FINANCIAL
PO BOX 8110
Cockeysville, MD 21030

Andras Kovach
11924 West Forest Hill Boulevard
Suite 10A #163
Wellington, FL 33414

Attila Kovach
11924 West Forest Hill Boulevard
Suite 10A #163
Wellington, FL 33414

AXYZ Ohio Valley Region
2844 East Kemper Road
Cincinnati, OH 45241

AXYZ Ohio Valley Region Inc
2844 East Kemper Road
Cincinnati, OH 45241

Bank of America
135 South LaSalle Street
Chicago, IL 60603

BBB Of Northern Indiana
4011 PARNELL AVE.
Fort Wayne, IN 46805

Bluevine Capital, Inc
401 Warren St #300
Redwood City, CA 94063

CIT Bank
155 Commerce Way
Portsmouth, NH 03801

Crowe LLP
330 East Jefferson Blvd
South Bend, IN 46601

Culligan
56861 Ferrettie Court
Mishawaka, IN 46545
```

David Rae Development, LLC
151 Holiday Place
Franklin, IN 46131


Dimension Funding, LLC
6 Hughes, Suite 220
Irvine, CA 92618


Doug Brown Packaging Products, Inc.
1850 Larchwood Drive
Troy, MI 48083


Ess Aar Automotive Pvt. Ltd. - Lotus
C-169, Naraina Industrial Area, Phase-1
New Delhi 110028 India


Gardner, Linn, Burkhart & Ondersma LLP
 2900 Charlevoix Drive SE
Suite 300
Grand Rapids, MI 49546


GUANG WU INTERLINK (GUANGZHOU) CO., LTD.
d/b/a Rodrock
RM2301-2304,NO1 LINHE WEST ROAD
TIANHE DISTRICT
GUANGZHOU CHINA


HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
Saint Louis, MO 63105


Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
The Honorable Jeff Sessions
Atty General United States Dept Justice
Tenth & Constitution
Washington, DC 20530

```
Internal Revenue Service
The Honorable Benjamin G. Greenberg
Acting US Attorney
99 NE 4th Street
Miami, FL 33132


Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg
51 S.W. 1st Ave., 11th Floor
Miami, FL 33130


JBS Properties
18549 Auten Road
South Bend, IN 46637


JBS Properties, LLC
18549 Auten Road
South Bend, IN 46637


Laszlo
11924 West Forest Hill Boulevard
Suite 10A #163
Wellington, FL 33414


Lotus - Essar Automotive


Manufacturing Financing Services
10370 Slusher Drive
Suite 10
Santa Fe Springs, CA 90670


Morrison Ind Equipment
PO Box 1803
Grand Rapids, MI 49501


Old National Bank
P.O. Box 3728
Evansville, IN 47736


OMAX Corporation
21409 72nd Avenue South
Kent, WA 98032
```

```
Ondeck Capital, LLC
1400 Broadway
New York, NY 10018


T & M
11924 West Forest Hill Boulevard
Suite 10A #163
Wellington, FL 33414


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
```